# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:11-cr-00280-CAP -JFK
## USA v. Willoughby
## Honorable Charles A. Pannell, Jr.

Minute Sheet for proceedings held In Open Court on 01/03/2012.

TIME COURT COMMENCED: 2:05 P.M.
TIME COURT CONCLUDED: 3:30 P.M.
TIME IN COURT: 1:25
OFFICE LOCATION: Atlanta

COURT REPORTER: Martha Frutchey
DEPUTY CLERK: Y. Martin

| | |
|---|---|
| DEFENDANT(S): | [1]Stephen Willoughby Present at proceedings |
| ATTORNEY(S) PRESENT: | Anthony Lake representing Stephen Willoughby<br>Gregory Radics representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | DFT#1-[13]Motion to Suppress Search and Seizure DENIED<br>DFT#1-[13]Motion to Suppress Statements DENIED<br>DFT#1-[22]Report and Recommendation ADOPTED<br>DFT#1-[27]Motion in Limine TAKEN UNDER ADVISEMENT UNTIL TRIAL<br>DFT#1-[30]Motion in Limine DENIED |
| MINUTE TEXT: | Court heard from counsel. Court reviewed voir dire by parties. The government may w/draw the forfeiture provision in the Indictment. |
| HEARING STATUS: | Hearing Concluded |